U.S. DISTRICT COURT OF MIDDLE FLORIDA
OFFICE OF THE CLERK: Hon Chief Judge
401 W. Central BLVD #1200 Orlando Florida 32801
APRIL 17, 2023

Kryst Zawadzki
A petitioner

V.

DEPT OF JUSTICE
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the state for injury

FILED 2023 APR 18 PM 2:42 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~Ten millions dollars~~. I am injured to Reduce to Five millions dollars for earlier, not now Redress required, For plus Ten thousand dollars every month living cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claim by Kryst Zawadzki a pro se required

Reason by citizenship papers applied denyed For gambling charged no discrimination

The Final decision
if. more Than End of november, 2022 I will plus charge Fifty millions dollars charged.
— Consolidated —
For my ages please pay in Full within two year for End of 2024. and a "merger"
a limitation an estate by cash only one 10% now cash one time pay tax

an amended, a relief
a Forthwith, an extend

Date: April 17, 2023

name: Kryst Zawadzki
Address: 360 W. Ocean BLVD
# 1104
Long Beach, CA 90802
562-206-9481

once again plus charging Five millions dollars