UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRYST ZAWADZKI,

    Plaintiff,

v.                                             Case No. 6:23-cv-696-PGB-LHP

DEPARTMENT OF JUSTICE,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on an unsigned document purportedly submitted by Plaintiff Kryst Zawadzki in which he or she references 42 U.S.C. § 1983. (Doc. 1 at 1.) The document is virtually identical to others filed in this Court in prior cases by Young Yil Jo ("Jo"). *See, e.g., Jo v. Six Unknown Names Agent*, 6:19-cv-860-CEM-GJK, Doc. 1. Further, the document is not signed. The Court concludes, therefore, that Jo filed the document in this case, and he is admonished that he may not file pleadings on behalf of other individuals.

Zawadzki and Jo appear to reside in California. It is unclear if Jo is incarcerated or what type of relief is sought. The document, which contains a rambling litany of incoherent and unintelligible allegations, will be dismissed.

If Jo is seeking to pursue a civil rights action, he has failed to file a complaint

in accordance with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 8, 10, 11. He also has not submitted a motion for leave to proceed *in forma pauperis* or paid the filing fee. Finally, there is no indication that any of the matters Jo references occurred in Florida. Consequently, this Court lacks jurisdiction to consider any civil rights action Jo may wish to file. Therefore, this case will be dismissed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The Clerk is directed to close the case and shall not mail Kryst Zawadzki a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party